**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** <u>III</u>   **Investigating Agency** <u>IRS; SSA-OIG</u>

**City** <u>Attleboro and Easton</u>

**County** <u>Bristol</u>

**Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____

Same Defendant _____   New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

Defendant Name <u>David Tetreault</u>    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: <u>Attleboro, MA</u>

Birth date (Yr only): <u>1969</u>   SSN (last 4#): <u>6217</u>   Sex: <u>M</u>   Race _____   Nationality: _____

**Defense Counsel if known:** <u>Oscar Cruz Jr.</u>   Address: <u>Federal Public Defender</u>

Bar Number: <u>630813</u>     <u>51 Sleeper St, Boston MA 02210</u>

**U.S. Attorney Information**

AUSA: <u>David M. Holcomb</u>   Bar Number if applicable: <u>694712</u>

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony <u>3</u>

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: <u>9/9/2024</u>   Signature of AUSA: **/s/ David M. Holcomb**

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   David Tetreault

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7201 | Tax Evasion | 1 |
| Set 2 | 18 U.S.C. § 641 | Theft of Government Money | 2 |
| Set 3 | 18 U.S.C. § 1343 | Wire Fraud | 3 |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 | Forfeiture Allegation | --- |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**